UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00443 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| ANTONIO GOODLOE | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A. On or about February 15, 2019, the defendant,

ANTONIO GOODLOE,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. possession of drug paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-17-1078;

2. theft by receiving, in Pulaski County, Arkansas Circuit Court in Case Number 60CR-17-329;

3. forgery in the second degree, in Pulaski County, Arkansas Circuit Court in Case Number 60CR-16-3545; and

4. battery in the second degree, in Pulaski County, Arkansas Circuit Court in Case Number 60CR-13-73.

B. On or about February 15, 2019, in the Eastern District of Arkansas, the defendant,

ANTONIO GOODLOE,

1

knowingly possessed, in and affecting commerce, a firearm, that is: a Jimenez Arms, model JA380, .380 ACPT semi-automatic pistol, bearing serial number 415211, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, ANTONIO GOODLOE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]